**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ICHOS, LLC,** | |
| **Plaintiff,** | |
| **vs.** | **Civil Action No. 6:11-cv-00075** |
| **ADT SECURITY SERVICES, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ICHOS, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ichos, LLC hereby files its Corporate Disclosure Statement.  Ichos is a wholly-owned subsidiary of Eidos, LLC. No publicly held company owns 10% or more of Ichos.

Dated:  February 16, 2011

Respectfully submitted,

**LOEWINSOHN FLEGLE DEARY, LLP**

By:  /s/ David R. Deary

DAVID R. DEARY (lead counsel)
Texas Bar No. 05624900
JIM L. FLEGLE
Texas Bar No. 07118600
PETER J. THOMA
Texas Bar No. 19841200
COREY J. WEINSTEIN
Texas Bar No. 24037685
12377 Merit Drive, Suite 900
Dallas, Texas  75251
(214) 572-1700 Telephone
(214) 572-1717 Facsimile

**ATTORNEYS FOR PLAINTIFF
ICHOS, LLC**